IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARVIN DAHL,

    Plaintiff,

v.                                      No. CV 22-252 GJF/CG

PETROPLEX ACIDIZING, INC.,

    Defendant.

## ORDER EXTENDING BRIEFING DEADLINE

**THIS MATTER** is before the Court on Plaintiff Darvin Dahl's *Motion for Extension of Time to File His Response to Defendant's Motion to Dismiss* (the "Motion"), (Doc. 10), filed June 6, 2022. In the Motion, Plaintiff states he "needs additional time to file his response in opposition and respectfully requests the Court extend the deadline to file his response until June 16, 2022." (Doc. 10 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to file his response in opposition to Defendant's *Motion to Dismiss*, (Doc. 7), is hereby extended until June 16, 2022. Defendant shall file a reply, if any, by June 30, 2022.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE