IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DARVIN DAHL, individually and on behalf of all those similarly situated,**

    **Plaintiff,**

**v.**                                                             **No. 2:22-CV-00252 GJF/DLM**

**PETROPLEX ACIDIZING, INC.**

    **Defendant.**

## STIPULATION OF DISMISSAL

**COME NOW** the parties to this matter, and pursuant to Federal Rule of Civil Procedure 41 hereby stipulate to the dismissal of this matter as follows:

1. The claims of the named Plaintiff, Darvin Dahl, and opt-in claimants, Kelley Ulrich, Jessie Martinez, Frederick Vaughn, Alfredo Madrid, Mario Garcia, Tomas Madrid, Anthony Salazar, Marcos Llamas, Gabriel Velasquez, Jose Valadez, Ardis Barron, Travis Fuller, John Stafford, Justin Taylor, Arnold Garcia, and John Smith are dismissed with prejudice. Any claims of any other parties, potential parties, or putative parties to this matter are dismissed without prejudice.

**HINKLE SHANOR LLP**

*/s/ Chelsea R. Green*
Chelsea R. Green
Richard E. Olson
P.O. Box 10
Roswell, NM  88202-0010
575-622-6510 / 575-623-9332 Fax
cgreen@hinklelawfirm.com
rolson@hinklelawfirm.com
*Attorneys for Defendant*

**MOORE & ASSOCIATES**

*Electronically Approved by C. Hesse 12/18/24*
Melissa Moore
Curt Hesse
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1063
(713) 222-6775/(713) 222-6739
melissa@mooreandassociates.com
curt@mooreandassociates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 19, 2024, I caused the foregoing along with this Certificate of Service, to be served and filed electronically through the CM/ECF File & Serve electronic filing system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**HINKLE SHANOR LLP**

 */s/ Chelsea R. Green*